# Court of Appeals
# of the State of Georgia

ATLANTA,   October 21, 2014    

*The Court of Appeals hereby passes the following order:*

**A15A0194. KENNETH FOUNTAIN v. THE STATE.**

**A15A0281. KENNETH FOUNTAIN v. THE STATE.**

Kenneth Fountain pled guilty to two counts of battery, simple battery, and obstruction in 2012. He was sentenced to a total of 48 months, with 10 days to serve in confinement and the remainder on probation. Fountain's probation was revoked in August 2014, and he filed a motion to correct illegal sentence. The trial court denied Fountain's motion, and he filed two separate notices of appeal from the trial court's order.

Because the underlying subject matter of these appeals is the revocation of Fountain's probation, he was required to file an application for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). His failure to do so renders us without jurisdiction to review the revocation of his probation. In addition, because both appeals are from the same trial court order, Case No. A15A0281 is subject to dismissal as duplicative. For these reasons, these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____10/21/2014_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*